# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oudree Ellis-Sanders, Stormi Sanders, Trinity Ellis-Sanders,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>Guardian Piazza D'Oro LLC; FPI Management, Inc.; Todd A. Brisco and Associates, APC<br><br>　　　　　　　　　　　Defendants. | Case No. 24-cv-0408-BAS-SBC<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

　　　　Plaintiff Oudree Ellis-Sanders is self-represented. She filed this action arising out of a housing dispute against Defendants Guardian Piazza D'Oro LLC, FPI Management, Inc.; and Todd A. Brisco and Associates, APC. (Compl., ECF No. 1.) Her Complaint also lists her two daughters as parties—Stormi Sanders and TES. Plaintiffs also moved to proceed *in forma pauperis* ("IFP")—without paying the filing fee—and for appointment of counsel. (*See* ECF Nos. 2, 3.) The Court denied these requests without prejudice because it lacked any information as to whether Plaintiff's adult daughter, Stormi Sanders, should be permitted to proceed IFP because, while identified as a party, Plaintiffs provided no IFP application for Stormi Sanders that detailed the reasons she should be allowed to proceed without payment of the filing fee. (ECF No. 4.) Plaintiffs were given until September 24, 2024, to either pay the filing fee or submit a complete IFP application signed by Stormi Sanders. (*Id.*) The Court further cautioned Plaintiffs that if they did not

undertake either of these actions, the Court would dismiss the action without prejudice. (*Id.*)

That September 24, 2024, deadline has come and gone but Plaintiffs have failed to pay the filing fee and failed to comply with the Court's prior order regarding filing an IFP application for Stormi Sanders. Accordingly, the Court hereby **DISMISSES** the instant action without prejudice. The Court directs the Clerk of Court to close the case.

**IT IS SO ORDERED.**

**DATED: October 24, 2024**

Hon. Cynthia Bashant
United States District Judge