

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Oudree Ellis-Sanders, on behalf of Trinity Ellis-Sanders, a minor; Stormi Sanders; Trinity Ellis-Sanders, a minor

**Plaintiff,**

V.

Guardian Piazza D'Oro LLC, A Delaware LLC; FPI Management, Inc.; Todd A. Brisco and Associates, APC

**Defendant.**

Civil Action No.   24-cv-0408-BAS-SBC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiffs have failed to pay the filing fee and failed to comply with the Court's prior order regarding filing an IFP application for Stormi Sanders. Accordingly, the Court hereby DISMISSES the instant action without prejudice. This case is hereby closed.

Date:   10/24/24

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/ M.Williams

M.Williams, Deputy